IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RONCOR, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>LAURIE ROBERTS, individually, and as Trustee of the MIKE ROBERTS FAMILY TRUST, BLUE ICE SAPPHIRE MINING, INC., DON BAIDE, THE GEM GALLERY, LTD., YOGO MINING COMPANY, LLC, ESTATE OF LOUIS GILBERT LOADER, TY L. BALBACH, and THOMAS ORME,<br><br>        Defendants. | CV 20-60-GF-JTJ<br><br>**ORDER** |

    Defendant Don Baide (Baide) has moved for leave to file an exhibit under seal. The exhibit at issue has been lodged under seal as Document No. 61. Plaintiff has not filed a brief in opposition to Baide's motion.

    Accordingly, IT IS HEREBY ORDERED:

    1.    Baide's Motion for Leave to File Exhibit Under Seal (Doc. 60) is GRANTED.

2. The Clerk should deem Document No. 61 filed under seal.

DATED this 22nd day of September, 2021.

*/s/ John Johnston*
John Johnston
United States Magistrate Judge