IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RONCOR, INC.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAURIE ROBERTS, individually, and as Trustee of the MIKE ROBERTS FAMILY TRUST, BLUE ICE SAPPHIRE MINING, INC., DON BAIDE, THE GEM GALLERY, LTD., YOGO MINING COMPANY, LLC, ESTATE OF LOUIS GILBERT LOADER, TY L. BALBACH, and THOMAS ORME,<br><br>　　　　Defendants. | CV 20-60-GF-JTJ<br><br><br>**ORDER** |

On March 23, 2022, the Court ordered Judith Basin County, Montana to provide a copy of all documents in its possession relating to the death of Michael D. Roberts for an *in camera* review. (Doc. 116). Judith Basin County has provided the Court with documents and photos responsive to the Order. The Court has conducted an *in camera* review of the documents and photos.

The Court finds that the demands of individual privacy do not outweigh the benefit of providing the documents and photos to the parties in this case. *See* Mont. Code Ann. § 44-5-303(1).

Accordingly, IT IS HEREBY ORDERED:

1. The Clerk of Court shall mail a copy of the documents and photos to Plaintiff's counsel. Upon receipt, Plaintiff's counsel shall make copies of the documents and photos for all of the parties in this case and distribute them.

2. All parties shall be responsible for maintaining the confidentiality of the documents and photos they receive. Mont. Code Ann. § 44-5-303(3).

3. Each party may interview, informally, the individuals who authored the documents and took the photos.

DATED this 31st day of March, 2022.

John Johnston
United States Magistrate Judge