IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| RONCOR, INC., | ) | CV-20-60-GF-BMM-JTJ-BPH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | **ORDER GRANTING** |
| v. | ) | **MOTION FOR** |
| | ) | **EXTENSION OF TIME** |
| LAURIE ROBERTS, individually, | ) | |
| and as Trustee of the MIKE | ) | |
| ROBERTS FAMILY TRUST, | ) | |
| BLUE ICE SAPPHIRE MINING, | ) | |
| INC., DON BAIDE, THE GEM | ) | |
| GALLERY, LTD., YOGO MINING | ) | |
| COMPANY, LLC, ESTATE OF | ) | |
| LOUIS GILBERT LOADER, TY L. | ) | |
| BALBACH, and THOMAS ORME, | ) | |
| | ) | |
| Defendants. | ) | |

1

Upon consideration of the Unopposed Motion for Extension of Time for Defendant Thomas Orme to respond to Plaintiff's Motion for Leave to File its Second Amended Complaint (Dkt. 131), and for good cause showing,

IT IS HEREBY ORDERED that the Deadline for Thomas Orme to Respond to Plaintiff's Motion for Leave to File its Second Amended Complaint (Dkt. 131), is extended to May 13, 2022.

Dated this __9th__ day of May, 2022.

_____
John Johnston
United States Magistrate Judge