IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RONCOR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LAURIE ROBERTS, individually, and as Trustee of the MIKE ROBERTS FAMILY TRUST, BLUE ICE SAPPHIRE MINING, INC., DON BAIDE, THE GEM GALLERY, LTD., YOGO MINING COMPANY, LLC, ESTATE OF LOUIS GILBERT LOADER, TY L. BALBACH, and THOMAS ORME, <br><br> Defendants. | CV-20-00060-GF-BMM-JTJ <br><br><br> **ORDER DISMISSING LAURIE ROBERTS, individually, and as Trustee of the MIKE ROBERTS FAMILY TRUST, MIKE ROBERTS FAMILY TRUST and BLUE ICE SAPPHIRE MINING, INC.** |

This matter is before the Court on the Stipulation and Joint Motion of the Plaintiff and the Defendants Laurie Roberts, individually, and as Trustee of the Mike Roberts Family Trust, and Blue Ice Sapphire Mining, Inc., ("Roberts Defendants") to dismiss this action with prejudice against the Roberts Defendants only. The Court having reviewed the Stipulation and Joint Motion, and good cause appearing therefore,

1

IT IS HEREBY ORDERED that this action as against Defendants Laurie Roberts individually and as Trustee of the Mike Roberts Family Trust, Mike Roberts Family Trust and Blue Ice Sapphire Mining Inc. only, is hereby dismissed with prejudice, with each party to pay their own costs and attorney's fees.

DATED this 8th day of June 2022.

_____
John Johnston
United States Magistrate Judge