IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RONCOR, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LAURIE ROBERTS, individually, and as Trustee of the MIKE ROBERTS FAMILY TRUST, BLUE ICE SAPPHIRE MINING, INC., DON BAIDE, THE GEM GALLERY, LTD., YOGO MINING COMPANY, LLC, ESTATE OF LOUIS GILBERT LOADER, TY L. BALBACH, THOMAS ORME, and MP PRODUCTS, LLC,<br><br>Defendants. | CV 20-60-GF-JTJ<br><br>**ORDER** |

Defendants Don Baide, The Gem Gallery, Ltd., and Yogo Mining Company, LLC, (collectively the Baide Defendants) have moved for an order compelling Plaintiff Roncor, Inc. (Roncor) to produce a copy of the settlement agreement that Roncor entered into with Defendant Ty Balbach, and a copy of the settlement agreement that Roncor entered into with Laurie Roberts, Mike Roberts Family Trust, and Blue Ice Sapphire Mining, Inc. (collectively the Roberts Defendants). (Doc. 184). Defendants Thomas Orme and MP Products, LLC (collectively the Orme Defendants) have joined in the motion to compel. (Doc. 212). Roncor and

the Roberts Defendants oppose the motion to compel. (Doc. 213 at 2-3). Defendant Ty Balbach is willing to produce the settlement agreement he entered into with Roncor so long as Roncor consents. (Doc. 213 at 3; Doc. 214 at 2).

Roncor has moved for a protective order that protects Roncor from having to produce the settlement agreements. (Doc. 214-2). The Baide Defendants and the Orme Defendants oppose Roncor's motion for a protective order. (Docs. 238, 239). The Court has scheduled a hearing on the motion to compel and the motion for a protective order for 10:00 a.m. on February 10, 2023, at the Mike Mansfield Federal Courthouse in Butte, Montana. (Doc. 223).

Roncor has moved for an *in camera* review of the settlement agreements prior to the hearing. (Doc. 214-1). Defendants do not oppose the motion for an *in camera* review. (Doc. 238 at 3; Doc. 239 at 2).

Accordingly, IT IS HEREBY ORDERED:

1. Roncor's Motion for *In Camera* Review (Doc. 214-1) is GRANTED.

2. On or before January 20, 2023, Roncor shall submit to the Court, for *in camera* review, copies of the settlement agreements that Roncor executed with Ty Balbach and the Roberts Defendants. Roncor must submit the settlement agreements in an unredacted form.

3.     On or before January 27, 2023, the parties shall meet and confer and make a good faith effort to draft a joint proposed protective order that would govern the production of settlement agreements in the event the Court determines that the settlement agreements should be disclosed to the Baide Defendants and the Orme Defendants. The parties shall submit their proposed protective order to the Court on or before February 3, 2023.

DATED this 11th day of January, 2023.

*John Johnston*
United States Magistrate Judge