IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RONCOR, INC.,<br><br>        Plaintiff,<br><br> vs.<br><br>LAURIE ROBERT, individually, and as Trustee of the MIKE ROBERTS FAMILY TRUST, BLUE ICE SAPPHIRE MINING, INC., DON BAIDE, THE GEM GALLERY, LTD., YOGO MINING COMPANY, LLC, ESTATE OF LOUIS GILBERT LOADER, TY L. BALBACH, and THOMAS ORME,<br><br>        Defendants. | CV-20-00060-GF-BMM-JTJ<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CORRECT ECF FILING AND ACCEPT LATE ECF FILING (Doc. 261)** |

For the reasons set forth in Plaintiff's Unopposed Motion to Correct ECF Filing and Accept Late ECF Filing and the supporting declaration (Docs. 261, 262), and for good cause appearing:

IT IS HEREBY ORDERED that:

1. Plaintiff's Unopposed Motion to Correct ECF Filing and Accept Late ECF Filing (Doc. 261) is GRANTED;

2. Document 257 shall be disregarded; and

3. The Clerk of Court shall file the brief and exhibits attached to the Unopposed Motion to Correct ECF Filing and Accept Late ECF Filing (Doc. 262 1-7)as an amended Reply to Roncor, Inc.'s Motion for Summary Judgment, Doc. 202.

DATED this 31st day of January 2023.

/s/ John Johnston
John Johnston
United States Magistrate Judge