Martin S. King
Martin Rogers
WORDEN THANE P.C.
321 W. Broadway St., Ste. 300
Missoula, MT 59802
(406) 721-3400
mking@wordenthane.com
mrogers@wordenthane.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RONCOR, INC.,<br><br>　　　　　Plaintiff,<br><br>  vs.<br><br>LAURIE ROBERTS, individually, and as Trustee of the MIKE ROBERTS FAMILY TRUST, BLUE ICE SAPPHIRE MINING, INC., DON BAIDE, THE GEM GALLERY, LTD., YOGO MINING COMPANY, LLC, ESTATE OF LOUIS GILBERT LOADER, TY L. BALBACH, THOMAS ORME and MP PRODUCTS, LLC,<br><br>　　　　　Defendants. | CV-20-00060-GF-BMM-JTJ<br><br>**NOTICE OF SETTLEMENT** |

  Plaintiff Roncor Inc., through its counsel of record, hereby notifies the Court

that the above captioned matter has been settled between Roncor and the remaining

1

Defendants, specifically Don Baide, The Gem Gallery, LTD., Yogo Mining Company, LLC and Defendants Thomas Orme and MP Products, LLC.

The parties are finalizing the settlement documents and expect to file a stipulation dismissing this action by March 27, 2023.

Dated this 23rd day of February 2023.

WORDEN THANE P.C.
*Attorneys for Plaintiffs*


/s/ Martin S. King
Martin S. King

## CERTIFICATE OF SERVICE

I hereby certify under the penalty of perjury that on February 23, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification electronically to all attorneys of record.

/s/ Martin S. King
Martin S. King

2