IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| RONCOR, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>LAURIE ROBERTS, individually, and as Trustee of the MIKE ROBERTS FAMILY TRUST, BLUE ICE SAPPHIRE MINING, INC., DON BAIDE, THE GEM GALLERY, LTD., YOGO MINING COMPANY, LLC, ESTATE OF LOUIS GILBERT LOADER, TY L. BALBACH, THOMAS ORME and MP PRODUCTS, LLC,<br><br>            Defendants. | CV-20-00060-GF-BMM-JTJ<br><br><br>**ORDER DISMISSING ACTION AS BETWEEN PLAINTIFF RONCOR, INC. AND DEFENDANTS DON BAIDE, THE GEM GALLERY, LTD, AND YOGO MINING COMPANY, LLC WITH PREJUDICE** |

The Stipulation and Joint Motion filed by Plaintiff Roncor, Inc. and Defendants Don Baide, The Gem Gallery, LTD, and Yogo Mining Company, LLC to dismiss this action as between said parties is hereby GRANTED.

This action as between Plaintiff Roncor, Inc. and Defendants Don Baide, The Gem Gallery, LTD, and Yogo Mining Company, LLC including Roncor's Second Amended Complaint (Doc.163) and Answer and Counterclaims of

Defendants Don Baide, The Gem Gallery, LTD, and Yogo Mining Company, LLC to Plaintiff's Second Amended Complaint (Doc. 165), and all other claims, are hereby dismissed with prejudice, as fully and finally settled on the merits, each party to pay their own costs and attorney fees.

DATED this 10th day of April, 2023.

_____
John Johnston
United States Magistrate Judge